# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:13cv26

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| $40,173.25 in U.S. Currency, et al., | ) | |
| Defendant. | ) | |

Pending before the Court is the Second Motion to Dismiss [# 31]. The Government moves to dismiss the Claimant's claim as a result of the Claimant's failure to respond to the Government's previously filed Motion to Dismiss. As a threshold matter, the Government's motion fails to comply with the requirements of the Local Rules. See LCvR 7.1. Moreover, since the Court previously denied the Government's Motion to Dismiss, the current motion is now moot. The Court **DENIES as moot** the Motion to Dismiss [# 31].

Signed: November 21, 2014

Dennis L. Howell
United States Magistrate Judge