# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# CIVIL CASE NO. 2:13-cv-00026-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT AND** |
| vs. ) | **FINAL ORDER OF FORFEITURE** |
| ) | |
| $40,173.25 in UNITED STATES ) | |
| CURRENCY ) | |
| ) | |
| and ) | |
| ) | |
| $40,000.00 in UNITED STATES ) | |
| CURRENCY ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on motion of the United States for and Order directing Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)(2), and for Entry of Judgment and Final Order of Forfeiture pursuant to Federal Rule of Civil Procedure 58(a) and (b) and 18 U.S.C. § 981, 18 U.S.C. § 983 and 21 U.S.C. § 881.   [Doc. 37].

For the reasons stated in the Government's Motion and no further response being necessary, the Motion is allowed.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Government's Motion for Default Judgment, Entry of Judgment, and Final Order of Forfeiture against the **DEFENDANT PROPERTY**:

   **$40,086.62 in United States Currency**

   is hereby **GRANTED** and Judgment of Forfeiture is **ENTERED** in favor of the United States against all persons and entities in the world;

2. Any right, title and interest of all persons in the world in or to the Defendant Property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein;

3. The United States Marshal is hereby directed to dispose of the forfeited Defendant Property as provided by law.

4. The United States shall return $40,086.63 in US Currency to William Dean Hyatt as stated in the Settlement Agreement [Doc 34] filed in with this Court.

5. The parties shall bear their own costs, including attorney's fees.

**IT IS SO ORDERED.**      Signed: December 23, 2014

Martin Reidinger
United States District Judge